# ALABAMA COURT OF CRIMINAL APPEALS



January 17, 2025

**CR-2023-0451**
T.D.N., Jr. v. State of Alabama (Appeal from Mobile Circuit Court: CC-16-2813.61, CC-16-2814.61, CC-16-2815.61, CC-16-2816.61, and CC-16-2817.61)

## NOTICE

You are hereby notified that on January 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk